RECEIVED
OCT 1 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROGELIO DAVID CAMPOS | DOCKET NO.: 1:18-cv-00538 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| CITY OF NATCHITOCHES, ET AL. | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 31), noting the absence of objections filed thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that to the extent Campo's motion for temporary injunction (Doc. 20) seeks a TRO, it is **DENIED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge conduct a hearing to consider Campo's request for a preliminary injunction and issue a Report and Recommendation thereafter.

**SIGNED** this 17 day of October, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT