RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROGELIO DAVID CAMPOS, Plaintiff | CIVIL ACTION NO. 1:18-CV-00538 |
| VERSUS | JUDGE DRELL |
| CITY OF NATCHITOCHES, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Campos's Motion to Revise (Doc. 45) is DENIED.

IT IS FURTHER ORDERED that Campos's Motion to Amend (Doc. 51) is DENIED AS FUTILE.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. 34) is GRANTED.

IT IS FURTHER ORDERED that Campos's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Campos's Motion to Compel Production (Doc. 42) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14TH day of May, April, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT